UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BASF CORPORATION,

    Plaintiff,

vs.                                                 CASE NO. 6:09-CV-89-ORL-19DAB

BENTLEY INVESTMENTS, LLC a/k/a
PROFORMANCE AUTO BODY, INC.
d/b/a CARSTAR PROFORMANCE
AUTO BODY,

    Defendant.

---

## CONSENT JUDGMENT

      This matter having come before the Court for entry of judgment against defendant Bentley Investments, LLC a/k/a Proformance Auto Body, Inc. d/b/a Carstar Proformance Auto Body by agreement of the parties, a final judgment is hereby entered in favor of BASF Corporation, and against defendant Bentley Investments, LLC a/k/a Proformance Auto Body, Inc. d/b/a Carstar Proformance Auto Body, in the amount of Seven Hundred Thirty Four Thousand Three Hundred Fifty Five Dollars and Seventy Nine Cents ($734, 355.79), plus post-judgment interest at the rate prescribed by 28 U.S.C. §1961, f or which execution shall issue. Defendant shall be responsible for any and all reasonable attorneys' fees and costs incurred in the enforcement of this Stipulated Judgment for which the Court shall retain jurisdiction to determine.

      **DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of April, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record